## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **DEMARIO WALKER, #L1625,** | : | |
| Plaintiff, | : | |
| vs. | : | **CIVIL ACTION 09-0501-CG-C** |
| **MOBILE COUNTY CLERKS,** | : | |
| Defendant. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE and ORDERED** this 23rd day of April, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE